IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN
_____

UNITED STATES OF AMERICA,

           Plaintiff,                    ORDER

  v.                                  04-cr-052-jcs-01

MONICA A. KNUTSON,

           Defendant.
_____

     The government's motion for reduction of sentence pursuant to Rule 35(b), Federal Rules of Criminal Procedure, came on to be heard before the Court in the above entitled matter on December 12, 2007, the government having appeared by Erik C. Peterson, United States Attorney for the Western District of Wisconsin, by John Vaudreuil, Assistant United States Attorney; defendant in person and by Michael Liebermann.  Honorable John C. Shabaz, District Judge, presided.

     The Court finds defendant has provided substantial assistance as represented by the government.  Accordingly, the government's motion for a reduction of sentence is granted.

     The Court reduces defendant's offense level one level to a total offense level of 11.  Pairing a total offense level of 11 with a criminal history category V results in an advisory guideline imprisonment range of 24 to 30 months.  A 27 month sentence is reasonable and necessary to accomplish these purposes as set forth in 18 U.S.C. § 3553(a).

USA v. Monica A. Knutson
Case No. 04-cr-052-jcs-1

ORDER

IT IS ORDERED the judgment entered on September 9, 2004 is AMENDED and her sentence reduced to reflect that defendant is committed to the custody of the Bureau of Prisons for a term of 27 months. In all other respects, the judgment remains as entered on September 9, 2004.

Entered this 12th day of December, 2007.

BY THE COURT:

/s/

_____
JOHN C. SHABAZ
District Judge